849 A.2d 1202

**In the Matter of Aaron D. DENKER.**

**No. 196 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 28, 2004.

## *ORDER*

PER CURIAM.

AND NOW, this 28th day of May, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board and Dissenting Report and Recommendation dated March 5, 2004, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

Justice NEWMAN dissents and would deny reinstatement.